O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-114-AHM (MANx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | ANTIK DENIM, LLC., et al. v. VICKI ZAKARIA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Sumithra Rao | No Appeance | |

**Proceedings:**   APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT VICKI ZAKARIA [20]

Cause called; appearances made. No appearance by defendants.

For reasons stated on the record, the Court grants plaintiffs' application for default judgment. Plaintiff must submit a revised proposed judgment incorporating the Court's rulings on the amount of damages[1] sought.

| | : | 01 |
|---|---|---|
| | Initials of Preparer | SMO |

---

[1] Copyright - $10,000; trademark - $10,000, etc.